TROMBLY *v.* KLERSY.

| 139 | 311 |
| f155 | 25 |

APPEALS—CHANCERY—PAYMENT OF FEE—DISMISSAL.

> The payment, within 30 days, of the statutory register's fee by a chancery appellant is mandatory, and an appellee who has done nothing to waive the right is entitled to a dismissal of the appeal after the statutory period. Section 552, 1 Comp. Laws.

Motion by Robert Trombly, guardian of Joseph Buhler, an incompetent, against Andrew Klersy to dismiss an appeal. Submitted February 27, 1905. (Calendar No. 20,-981.) Motion granted March 7, 1905.

*De Forest Paine,* for the motion.

*William Look,* contra.

PER CURIAM. Defendant sought to appeal from an order of the circuit court in chancery appointing a receiver of the defendant's property. Complainant moves to dismiss the appeal because the defendant failed to pay the fee within 30 days, as provided by section 552, 1 Comp. Laws. The payment of this fee is mandatory. *Bennett* v. *Hickey,* 110 Mich. 628. The complainant has done nothing to waive the appeal. The motion is therefore granted.